**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CARLOUS TOINTIGH, )<br>)<br>Plaintiff, )<br>)<br>v. )  Case No. CIV-21-251-J<br>)<br>KILOLO KIJAKAZI, )<br>)<br>Defendant. ) | |

## ORDER

The Social Security Administration (SSA) denied Plaintiff's application for social security benefits and Plaintiff filed suited under 42 U.S.C. § 405(g) seeking judicial review of the decision. The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 626(b)(1)(B), (C). Defendant filed the administrative record and both parties briefed their positions. Thereafter, Judge Erwin issued a Report and Recommendation recommending that the SSA's decision be reversed and remanded for further consideration. (Rep. & Rec.) [Doc. No. 23].

The parties were advised of their right to file written objections to the Rep. & Rec. by January 24, 2022. Rep. & Rec. at 8. Neither party did so. Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 23] and REVERSES AND REMANDS the SSA's decision. A separate judgment will follow.

IT IS SO ORDERED this 28th day of January, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE